# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hannah Lucero, et al., | No. CV-24-03364-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court has reviewed the parties' Joint Motion to Modify Pleading Deadlines (Doc. 16). For good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and permitting Plaintiffs to file amended complaints on or before **March 21, 2025**.

**IT IS FURTHER ORDERED** that Defendant United States of America shall file responsive pleadings on or before **April 4, 2025**.

Dated this 5th day of March, 2025.

_Honorable Susan M. Brnovich_
United States District Judge