# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Crosby, et al., | No. CV-24-03307-PHX-DJH |
| Plaintiffs, | Member cases: |
| v. | 2:24-cv-03362-DJH |
| | 2:24-cv-03363-DJH |
| United States of America, | 2:24-cv-03364-DJH |
| | 2:24-cv-03365-DJH |
| Defendant. | **ORDER** |

Upon random assignment, and pursuant to 28 U.S.C. § 636 and Rules 72.1 and 72.2 of the Local Rules of Civil Procedure,

**IT IS ORDERED** referring this consolidated matter to Magistrate Judge Camille D. Bibles to hear and determine all pretrial matters.

Dated this 9th day of April, 2025.

Honorable Diane J. Humetewa
United States District Judge